IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR S. FOLK, | Civil No. 3:22-cv-21 |
| Petitioner | (Judge Mariani) |
| v. | |
| WARDEN CATRICIA HOWARD, | |
| Respondent | |

## ORDER

**AND NOW**, this ___14th___ day of April, 2022, upon consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **SUBSTITUTE** Paul Gibson, Acting Warden at FCI-Allenwood as the Respondent in this action. *See* 28 U.S.C. § 2243 (the proper respondent in a habeas action is "the person having custody of the person detained").

3. The Clerk of Court is further directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge